**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM MILLER; AND MELANIE MILLER,
Appellants,
vs.
BANK OF AMERICA, N.A.,
Respondent.

No. 64686

**FILED**

JUL 3 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellants' unopposed motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. James Todd Russell, District Judge
Wayne M. Pressel
Akerman LLP/Las Vegas
McCarthy & Holthus, LLP/Las Vegas
Carson City Clerk

14-25038